| | |
|---|---|
| Brian A. Paino (SBN 027091)<br>bpaino@piteduncan.com<br>Jamin S. Neil (SBN 026655)<br>jneil@piteduncan.com<br>**PITE DUNCAN, LLP**<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385<br><br>Attorneys for CitiMortgage, Inc. | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>PATRICK H SCHMIDT AND REBECCA S SCHMIDT,<br><br>Debtors. | Case No. 2:10-bk-35744-RJH<br><br>Chapter 11<br><br><br>**STIPULATION RE: TREATMENT OF CITIMORTGAGE, INC.'S CLAIM UNDER DEBTORS' PROPOSED CHAPTER 11 PLAN OF REORGANIZATION AND RESOLVING CITIMORTGAGE, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing:**<br><br>DATE: January 9, 2012<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 603 |

This Stipulation is entered into by and between Secured Citi, CitiMortgage, Inc. ("Citi"), by and through its attorneys of record, and Patrick H Schmidt and Rebecca S Schmidt, (the "Debtors"), by their attorneys of record.

The property which is the subject of this matter is commonly known as 1344 E Whitton Avenue, Phoenix, Arizona 85014-5167 (hereinafter the "Subject Property"), which is legally described as follows:

- 1 -

LOT FOURTEEN (14), BLOCK SIX (6), LONGVIEW ACRES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA IN BOOK 31 OF MAPS, PAGE 04.

On or about July 7, 2003, Debtors, for valuable consideration, made, executed and delivered to Irwin Mortgage Corporation ("Lender") a Note in the principal sum of $97,600.00 (the "Note").

On or about July 7, 2003, Debtors made, executed and delivered to Lender a Deed of Trust (the "Deed of Trust") granting Lender a security interest in the Subject Property. The Deed of Trust was recorded on July 17, 2003, in the Official Records of Maricopa County, State of Arizona.

Subsequently, Lender's interest in the Deed of Trust was assigned and transferred to Citi.

On or about November 4, 2010, Debtors filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code and were assigned Bankruptcy Case No. 2:10-bk-35744-RJH.

On or about July 22, 2011, Citi filed its Motion for Relief from the Automatic Stay to protect its interest in the Subject Property.

On or about August 5, 2011, Debtors filed an Objection to Citi's Motion for Relief.

On or about August 23, 2011, Debtors filed their Chapter 11 Plan of Reorganization ("Plan") and Disclosure Statement.

**THE PARTIES STIPULATE AS FOLLOWS:**

1. Citi shall have a fully secured claim in the amount of $64,500.00 (the "Secured Claim") amortized over thirty (30) years at 5.25% interest per annum.

2. Citi shall have an unsecured claim (the "Unsecured Claim"). Citi shall receive, in full and final satisfaction of its Unsecured Claim, its pro rata share of the dividend issued to general unsecured creditors.

3. Debtors shall tender regular monthly principal and interest payments in the sum of **$356.17** to Citi for the Secured Claim commencing **February 1, 2012**, and continuing until all such outstanding amounts under the Secured Claim are paid in full.

4. Debtors shall maintain real property taxes and real property hazard insurance for the Subject Property and provide proof of said insurance to Citi on a timely basis.

5. Except as otherwise expressly provided herein, all remaining terms of the Note and Deed of Trust shall govern the treatment of Citi's Secured Claim.

6. In the event of any future default on any of the above-described provisions, inclusive of this Stipulation, Citi shall provide written notice via certified mail to Patrick and Rebecca Schmidt at 1620 E Earll, Phoenix, AZ 85016, and to Debtors' attorney of record, Robert M. Cook at 219 W Second St, Yuma, AZ 85364, indicating the nature of default. If Debtors fail to cure the default with certified funds after passage of thirty (30) calendar days from the date said written notice is placed in the mail, then the Automatic Stay shall terminate and Citi may proceed to foreclose its security interest in the Subject Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Subject Property without further notice, order, or proceeding of this Court.

7. The acceptance by Citi of a late or partial payment shall not act as a waiver of Citi's right to proceed hereunder.

8. In the event that Citi is granted relief from the automatic stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

9. In the event the Debtors default under this Stipulation and Citi forwards a 30-day letter to Debtors, they shall be required to tender $100.00 for each default letter submitted in order to cure the default.

10. At the request of Citi, the Debtors shall execute such documents and instruments as are necessary to reflect the Debtors as the borrowers of the Secured Claim, and to modify the terms of the obligation to conform with the provisions of the this Stipulation.

11. The terms of this Stipulation may not be modified, altered, or changed by the Plan, any confirmation order thereon, any subsequently filed Amended Chapter 11 Plan of Reorganization and confirmation order thereon without the express written consent of the Citi. The terms of this Stipulation shall be incorporated into the Plan and/or any subsequently filed

Case 2:10-bk-35744-PS    Doc 90    Filed 01/13/12    Entered 01/13/12 15:00:24    Desc
Main Document    Page 3 of 4

1 | Amended Chapter 11 Plan of Reorganization.

2 |     12.    In the event the Debtors' case is dismissed or converted to any other chapter under Title 11 of the United States Bankruptcy Code, Citi shall retain its lien in the full amount due under the Note and the automatic stay shall be terminated without further notice, order, or proceeding of the court.

**IT IS SO STIPULATED:**

Dated: _____

_____
ROBERT M. COOK
Attorney for the Debtors Patrick Schmidt and Rebecca Schmidt


PITE DUNCAN, LLP


Dated: January 13, 2012      Jamin S. Neil
                                         JAMIN S. NEIL
                                         Attorneys for CitiMortgage, Inc.